IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHENNETTA BLACKNELL, *et al.*,            :
                                          :
    Plaintiffs                            :
                                          :
v.                                        :    Case No: 8:21-cv-01952-DKC
                                          :
HUNTER WARFIELD, INC., *et al.*,          :
                                          :
    Defendants                            :

## NOTICE OF SETTLEMENT & REQUEST FOR L.R. 111 ORDER

Plaintiffs, Chenetta Blacknell and Ray Diggs hereby give notice that they have reached a settlement in this case with each Defendant, and request that the court issue a Local Rule 111 Order dismissing the above captioned case without prejudice to the right of a party to move for good cause to reopen the case within 30 days, with each party bearing its own costs.

Respectfully submitted,

Dated: February 4, 2022

By:    /s/ Ingmar Goldson
    Ingmar Goldson
    igoldson@goldsonlawoffice.com
    THE GOLDSON LAW OFFICE
    1 Research Court, Suite 450
    Rockville, MD 20850
    Tel.    (240) 780-8829

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing when filed through the Court's CM/ECF System

to defendant's counsel of record, on February 4, 2022.

/s/ Ingmar Goldson
Ingmar Goldson